158 A.3d 582

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MELVIN ROLANDO–PADILLA, DEFENDANT– PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004717–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 582

EDWARD MIERZWA, APPELLANT–PETITIONER, v. STATE OF NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE, DIVISION OF INSURANCE, RESPONDENT–RESPONDENT.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003739–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.